IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

LISA BREEN,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INS CO,

    Defendant.

Civil Action No. 22-cv-03688

**PROPOSED SCHEDULING ORDER**

In accordance with the Court's order [Doc. 15-0], counsel for the parties have conferred and submit the following proposed scheduling order:

1. Initial disclosures will be satisfied by Defendant producing a copy of the ERISA record on or before **November 23, 2022.**

2. Any discovery will be completed by **January 22, 2023.**

3. Counsel will meet and confer regarding the material facts no later than **February 7, 2023.**

4. Cross motions for summary judgement shall be due by **February 21, 2023.**

5. Responses are due within 21 days, or by **March 14, 2023.**

6. Replies are due within 14 days on **March 28, 2023**

7. Oral argument is requested to take place on or after **April 27, 2023.**

Respectfully submitted,

| ERIC BUCHANAN & ASSOCIATES, PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |
|---|---|
| BY: */s/ Hudson Ellis* <br> Hudson Ellis, Esquire <br> 414 McCallie Avenue <br> Chattanooga, TN 37402 <br> Telephone: (423) 634-2506 <br> EllisH@BuchananDisability.com | BY: */s/ Joshua Bachrach* <br> Joshua Bachrach, Esquire <br> Two Commerce Square <br> 2001 Market Street, Suite 3100 <br> Philadelphia, PA 19103 <br> Telephone: (215) 627-6900 <br> Joshua.Bachrach@WilsonElser.com |

## CERTIFICATE OF SERVICE

This is to certify that on this October 25, 2022, I have served a copy of the foregoing proposed scheduling order upon counsel for all other parties in this action by operation of the Court's electronic filing system, or by depositing a copy of the same in the United States Mail, via certified mail, return receipt requested or regular mail, with sufficient postage affixed thereto to ensure delivery upon:

>Joshua Bachrach, Esquire
>Heather J. Austin, Esquire
>Two Commerce Square
>2001 Market Street, Suite 3100
>Philadelphia, PA 19103
>Joshua.Bachrach@wilsonelser.com
>Heather.Austin@wilsonelser.com

>>*/s/Hudson T. Ellis*
>>Hudson T. Ellis

*Admitted pro-hac vice*