# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA BREEN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 22-3688 |
| | : | |
| **RELIANCE STANDARD LIFE INS. CO.,** | : | |
| | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **2nd** day of **October 2023**, upon consideration of the cross-motions for summary judgment, along with the oppositions and replies, it is **hereby ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 21) is **DENIED** and Defendant's Motion for Summary Judgment (ECF No. 22) is **GRANTED**. Accordingly, all claims against Defendant are **hereby dismissed with prejudice**.

The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**